# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157812(69)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ARTHUR LAROME JEMISON,
          Defendant-Appellant.

_____/

SC: 157812
COA: 334024
Wayne CC: 15-010216-FC

On order of the Chief Justice, the motion of Richard D. Friedman to file a brief amicus curiae in support of the application for leave to appeal is GRANTED. The amicus brief submitted on June 25, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2018



Clerk